HARRY K. GAYETTY, Appellant, *v.* RALPH H. THOMPSON, Individually and as Executor and Trustee under the Will OF GEORGE W. THOMPSON, Deceased, et al., Respondents.

*Gayetty* v. *Thompson*, 154 App. Div. 933, affirmed.
(Argued February 1, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 16, 1913, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to enjoin an alleged infringement of a trade mark.

*S. Clinton Crane* for appellant.

*A. G. N. Vermilya* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.